

# NUMBER 13-16-00579-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

O. E. INVESTMENTS, LTD.
(FORMERLY AND ALSO KNOWN
AS O. E. INVESTMENTS, INC.) AND
ITS GENERAL PARTNER,
TROPHY INTERNATIONAL, INC.,
AND OTHAL E. BRAND JR.,                                    Appellants,

v.

MARJORIE LYNN BRAND FERRELL
INDIVIDUALLY AND AS
SUCCESSOR TRUSTEE OF THE
KATHRYN L. BRAND REVOCABLE
MANAGEMENT TRUST,                                          Appellee.

## On appeal from the 275th District Court
## of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Longoria and Hinojosa**
**Memorandum Opinion by Chief Justice Valdez**

Appellants O.E. Investments Ltd., formerly and also known as O. E. Investments, Inc., and its general partner, Trophy International, Inc. (collectively Investments), and Othal E. Brand Jr. appeal from a final judgment rendered against them and in favor of appellee, Marjorie Lynn Brand Ferrell, individually and as successor trustee of the Kathryn L. Brand Revocable Management Trust. The underlying proceeding arises from a declaratory judgment proceeding regarding payment of a promissory note, a personal guaranty, and a deed of trust. Currently before the Court is the parties' "Joint Agreed Motion to Lift Abatement, Reverse the Trial Court's Judgment, and Render Judgment Dismissing the Parties' Claims with Prejudice."

The Court, having examined and fully considered this motion, is of the opinion that it should be granted. Accordingly, we grant the "Joint Agreed Motion to Lift Abatement, Reverse the Trial Court's Judgment, and Render Judgment Dismissing the Parties' Claims with Prejudice." We lift the abatement. We reverse the trial court's judgment and render judgment dismissing the parties' claims with prejudice to refiling same. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

**/s/ Rogelio Valdez**
ROGELIO VALDEZ
Chief Justice

Delivered and filed the
20th day of December, 2018.

2